469 A.2d 288

Commonwealth v. McIntosh, Appellant.

October 7, 1983. Robert F. Pappano, Assistant Public Defender, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, MONTGOMERY and CERCONE, JJ.

Judgment of sentence affirmed.

469 A.2d 289

Commonwealth v. Novitski, Appellant.

September 21, 1983. Patrick J. Flannery, Assistant Public Defender, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Jurisdiction of the Superior Court is relinquished, and the lower court judgment is affirmed.